UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thorne,

            Plaintiff,

–v–

Chipotle Mexican Grill, Inc.,

           Defendants.

19-cv-9867 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In July 2020, the Court stayed this matter pending the Second Circuit's decision in *Yovanny Dominguez v. Banana Republic, LLC* and *James Murphy v. Kohl's Department Stores, Inc.* (Dkt. No. 17). The parties are ordered to file a letter update to the Court about the status of this case by February 4, 2022.

SO ORDERED.

Dated: January 26, 2022
         New York, New York

_____
ALISON J. NATHAN
United States District Judge