UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRAULIO THORNE,

                Plaintiff,

     -against-

CHIPOTLE MEXICAN GRILL, INC.,

                Defendant.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  7/22/2022  

19 Civ. 9867 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The Court has been advised that the parties have reached a settlement in principle.  ECF No. 23.  The above-titled action shall be dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five days of the date of this Order if the settlement is not consummated.

     Any application to reopen must be filed within forty-five days of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same forty-five-day period to be so-ordered by the Court.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

     Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is directed to close the case.

     SO ORDERED.

Dated: July 22, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge